## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

GERARDO HERNANDEZ,
REG. #11205-031                                                                                          PLAINTIFF

v.                              CASE NO. 2:09cv00134 BSM/HLJ

TIMOTHY C. OUTLAW, et al.                                                               DEFENDANTS

### ORDER

The court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. After carefully reviewing the proposed findings and recommendations, the timely objections, and the record *de novo*, the proposed findings and recommendations are adopted in their entirety. Accordingly,

IT IS THEREFORE ORDERED that plaintiff's motion to amend [Doc. No. 13] is hereby GRANTED.

IT IS FURTHER ORDERED that service is appropriate for defendant United States of America. The Clerk of the Court shall prepare summons for defendant and the United States Marshal is directed to serve a copy of the original and amended complaints [Doc. Nos. 2, 13] and summons on the United States Attorney for this district, and the United States Attorney General, without prepayment of fees and costs or security therefore.

IT IS FURTHER ORDERED that defendants Outlaw, Jimmerson, Cherry, and Sickler are hereby DISMISSED from this case, without prejudice.

IT IS SO ORDERED this 7th day of April, 2010.

_____
UNITED STATES DISTRICT JUDGE