**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

GERARDO HERNANDEZ,     PLAINTIFF
REG. #11205-031

v.     2:09-cv-00134-BSM-JTK

TIMOTHY C. OUTLAW, et al.     DEFENDANTS

## ORDER

Defendant shall file a Response to Plaintiff's Motion for Summary Judgment (Doc. No. 44) within 10 days of the date of this Order.

IT IS SO ORDERED this 20th day of December, 2010.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE