UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

GERARDO HERNANDEZ,
REG. #11205-031                                                                                    PLAINTIFF

v.                              CASE NO. 2:09cv00134 BSM/JTK

UNITED STATES OF AMERICA                                                          DEFENDANT

### ORDER

The proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney have been received. There have been no objections. After a review of those proposed findings and recommendations, it is concluded that they should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS, THEREFORE, ORDERED that defendant's motion to dismiss [Doc. No. 23] is DENIED.

IT IS FURTHER ORDERED that plaintiff's motion for summary judgment [Doc. No. 44] is DENIED.

IT IS SO ORDERED this 11th day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE