**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

GERARDO HERNANDEZ,
REG. #11205-031                        PLAINTIFF

v.        2:09-cv-00134-BSM-JTK

TIMOTHY OUTLAW, et al.                DEFENDANTS

**ORDER**

This matter is before the Court on the Defendant's Motion for Summary Judgment (Doc. No. 63). As of this date, Plaintiff has not filed a response to the motion. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff shall file a response to Defendant's Motion for Summary Judgment within ten (10) days of the date of this Order. Failure to respond to this Court's Order may result in the dismissal without prejudice of the Plaintiff's Complaint for failure to prosecute. See Local Rule 5.5(c)(2).

IT IS SO ORDERED this 4th day of May, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE