IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**GERARDO HERNANDEZ**
**REG. #11205-031**                                                                                          **PLAINTIFF**

**v.**                          **CASE NO. 2:09CV00134 BSM/JTK**

**UNITED STATES OF AMERICA**                                                        **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is hereby dismissed with prejudice.

Dated this 16th day of November 2011.

_____
UNITED STATES DISTRICT JUDGE